In re:

Nicholas A. Rusu
Gale N. Rusu                                    **Case No.** 09-71203

       Debtors

_____/

                               _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Ocwen Loan Servicing, LLC, as servicing agent for Home Loan Trust, Home Loan-Backed Notes, Series 2006-HI5, U.S. Bank National Association, as Indenture Trustee for Home Loan Trust, Home Loan-Backed Notes, Series 2006-HI5, U.S. Bank National Association, as Indenture Trustee
Name of Transferee

Name and address where notices to transferee should be sent:
Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Dept.
1100 Virginia Drive
Suite 175
Fort Washington, PA 19034

Phone: 800-850-4622

Last Four Digits of Acct #: 1472

Name and Address where transferee payments should be sent (if different from above):
Ocwen Loan Servicing, LLC
ATTN: Payment Processing
3451 Hammond Avenue
Waterloo, IA  50702

Phone: 800-850-4622

Last Four Digits of Acct. #: 1472

GMAC Mortgage, LLC
Name of Transferor

Court Claim # (if known): 4
Date Claim Filed: 10/29/09

Amount of Claim:$50,593.25

Last Four Digits of Acct. #: 1472

Name and Current Address of Transferor:
GMAC Mortgage, LLC
3451 Hammond Avenue
Waterloo, IA  50702

Phone: 800-850-4622

Last Four Digits of Acct. #: 1472

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:Heather D. McGivern                           Date: March 25, 2013
Caleb J. Shureb, Esq.  P63350
Craig B. Rule, Esq.  P67005
Elizabeth M. Abood-Carroll, Esq.  P46304
Heather D. McGivern, Esq.  P59393
Heather M. Dickow, Esq.  P64757
Orlans Associates, PC
Attorneys for Transferee
P.O. Box 5041
Troy, MI 48007
(248) 502-1400
Email: Hdickow@orlans.com
File Number: 618.1585

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.